COURT OF APPEALS OF VIRGINIA

Present: Judges Alston, Decker and Senior Judge Frank

INOVA LOUDOUN HOSPITAL AND
  INOVA HEALTH SYSTEMS

                                          MEMORANDUM OPINION[*]
v.      Record No. 1612-14-4                            PER CURIAM
                                             MARCH 17, 2015

NAJAT CHEMLALI GOODE

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

      (Joshua M. Wulf; David A. Obuchowicz; Midkiff, Muncie & Ross,
      P.C., on brief), for appellants.

      (David B. Vermont; Ashcraft & Gerel, LLP, on brief), for appellee.


Inova Loudoun Hospital (employer) appeals from an August 4, 2014 order of the

Workers' Compensation Commission affirming a deputy commissioner's opinion finding that

Najat Chemlali Goode (claimant) proved injuries by accident to her neck and upper back, that

her medical treatment and disability were causally related to the accident, and that she had

ongoing partial work incapacity related to the accident. On appeal, employer contends the

commission erred by (1) finding "claimant injured her neck and upper back in the February 26,

2013 accident," (2) finding "claimant's medical treatment from March 12, 2013 and thereafter

was causally related to the February 26, 2013 accident," and (3) "presum[ing] that the claimant

remained partially disabled after January 28, 2014 . . . ."

Upon reviewing the record and the parties' briefs, we conclude that this appeal is without

merit. Accordingly, we summarily affirm the commission's decision. Rule 5A:27. We affirm

for the reasons stated by the commission in its final opinion. See Goode v. Inova Loudoun

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

<u>Hosp.</u>, JCN VA00000748079 (Aug. 4, 2014).  We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.  <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>